# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT,<br><br>            Plaintiff,<br><br>    v.<br><br>J. KNIGHT, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-CV-01367-OWW-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DECLARE PLAINTIFF VEXATIOUS LITIGANT<br><br>(DOC. 15)<br><br>OPPOSITION, IF ANY, DUE WITHIN 30 DAYS |

   Plaintiff James E. Bryant ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants J. Knight and Davis. Pending before the Court is Defendants' motion to declare Plaintiff a vexatious litigant, filed March 5, 2010. (Doc. 15.) As of the date of this order, Plaintiff has not responded. Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendants' motion to declare Plaintiff a vexatious litigant within thirty (30) days from the date of service of this order. Failure to timely file an opposition will be construed as waiver of opposition, and may result in dismissal of this action for failure to obey a court order.

   IT IS SO ORDERED.

   Dated:   **November 23, 2010**              /s/ **Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE

1