# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. KNIGHT, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-CV-01367-AWI-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(DOC. 51)<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　Plaintiff James E. Bryant ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants J. Knight and Davis.  On August 31, 2011, Defendants filed a motion to dismiss.  As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition, as required by Local Rule 230(l).  Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or statement of non-opposition within twenty-one (21) days from the date of service of this order.  Failure to timely respond will b construed as a waiver of the opportunity to file an opposition.

　　　IT IS SO ORDERED.

　　　Dated:　__October 4, 2011__　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1